IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:02-CR-22-BO-2

| | | |
|---|---|---|
| DION SAULTER, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER AND NOTICE** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

Notice is hereby given to the Petitioner, Dion Saulter, that the Court intends to construe his "Motion To Discontinue Sentence Operation Tarnished Badge Claims Robeson County" [sic] [DE 580] as a Motion to Vacate, Set Aside or Correct a Sentence pursuant to 28 U.S.C. § 2255. The Court GRANTS Petitioner 30 (thirty) days from the filing of this Notice to confirm or deny his intent to file a Motion to Vacate, Set Aside or Correct a Sentence pursuant to 28 U.S.C. § 2255. If a response is not filed within this time, this Court will presume that Petitioner is not seeking such relief and his Motion will be dismissed. Should the Petitioner notify this Court of his intention to file a Motion to Vacate, Set Aside or Correct pursuant to 28 U.S.C. § 2255, the Clerk of Court is DIRECTED to provide Petitioner with the appropriate forms on which to file such a motion.

The Court further warns the Petitioner of the effects of filing a motion pursuant to section 2255, and advises him as to the requirements of section 2255. *See Castro v. United States*, 540 U.S. 375, 377, 383 (2003); *see also United States v. Emmanuel*, 288 F.3d 644, 649 (4th Cir. 2002).

DONE AND ORDERED, this 22 day of March, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE