IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:02-CR-22-BO-2

| | |
|---|---|
| DION SAULTER,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>)<br>)    **ORDER**<br>)<br>)<br>)<br>) |

By a written Order and Notice [DE 643] entered on March 23, 2011, the Court allowed Petitioner 30 days to confirm or deny his intent to file a Motion to Vacate, Set Aside or Correct a Sentence pursuant to 28 U.S.C. § 2255. The time for Petitioner's response has passed and Petitioner has filed nothing with the Court. Accordingly, Petitioner's "Motion To Discontinue Sentence Operation Tarnished Badge Claims Robeson County" [sic] [DE 580] is hereby DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED, this 2 day of May, 2011.

                                                  TERRENCE W. BOYLE
                                                UNITED STATES DISTRICT JUDGE