UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Criminal No. 7:02-CR-22-BO-2
Civil No. 7:11-CV-123-BO

DION SAULTER                    )
        Petitioner,            )
                                 )
     v.                        )          O R D E R
                                 )
UNITED STATES OF AMERICA,        )
        Respondent.            )

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.

This the _11_ day of June , 2011.

Terrence W. Boyle
United States District Judge