# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON _12/2/2015_ CD
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

United States of America )
v. )
) Case No: 7:02-CR-22-2BO
Dion Saulter )
) USM No: 21096-056
Date of Original Judgment: March 10, 2003 )
Date of Previous Amended Judgment: December 13, 2004 ) Devon Donahue
*(Use Date of Last Amended Judgment if Any)* Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 216 months is reduced to ~~176 months in Count 1~~. 205 TWK

The sentence in Count 12 remains 160 months, concurrent with Count 1. The sentence in Count 3 remains 40 months, consecutive to Counts 1 and 12, resulting a total sentence of 216 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 10, 2003, and December 13, 2004, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12-2-15

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

James C. Fox, Senior U.S. District Judge
Printed name and title

EDNC Rev. 11/8/2011