IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:02-CR-22-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| DION SAULTER. | ) | |

Before the Court is defendant's motion for reconsideration regarding the Court's

reduction of defendant's sentence pursuant to the 2014 retroactive amendments to the drug

guidelines, 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10(c), and U.S.S.G. Amendment 782.

For good cause shown, the Court GRANTS the motion to reconsider and REDUCES

defendant's term of imprisonment for Count One to 190 months. [DE 787]. All other terms and

conditions of the Court's previous judgment, including defendant's 40 month consecutive

sentence, shall remain in full force and effect.


SO ORDERED, this _____ day of February, 2016.


TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE